UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN L. BERNSTEIN, IV, | ) | Case No. 13-cv-01018 NC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| TARGET STORES, INC. et al, | ) ) | |
| Defendants. | ) ) ) | |

    (X)   IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.

    IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    ( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

    ( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

Dated:   March 11, 2013

                                                    NATHANAEL M. COUSINS
                                                  UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)