1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9         **NORTHERN DISTRICT OF CALIFORNIA**
10          **SAN FRANCISCO DIVISION**
11

JOHN L. BERNSTEIN, IV,                 Case No. 13-cv-01018 NC

              Plaintiff,              **ORDER DENYING REQUEST FOR**
                                      **SERVICE BY CERTIFIED MAIL**
         v.
                                      Re: Dkt. No. 5
TARGET STORES, INC. et al,

              Defendants.

On March 11, 2013, the Court granted Plaintiff's application to proceed in forma pauperis and ordered service by the U.S. Marshal for the Northern District of California. Dkt. No. 6. Accordingly, the Court denies as moot Plaintiff's Request for Service by Certified Mail. Dkt. No. 5.


IT IS SO ORDERED.

Date: March 12, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge