1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

JOHN L. BERNSTEIN, IV,

       Plaintiff,

    v.

TARGET STORES, INC. et al,

       Defendants.

Case No. 13-cv-01018 NC

**ORDER DENYING REQUEST FOR SERVICE BY CERTIFIED MAIL**

Re: Dkt. No. 5

    On March 11, 2013, the Court granted Plaintiff's application to proceed in forma pauperis and ordered service by the U.S. Marshal for the Northern District of California. Dkt. No. 6. Accordingly, the Court denies as moot Plaintiff's Request for Service by Certified Mail. Dkt. No. 5.

    IT IS SO ORDERED.

    Date: March 12, 2013

Nathanael M. Cousins
United States Magistrate Judge