UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. BERNSTEIN, IV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET STORES, INC., et al,<br><br>　　　　Defendants. | Case No. 13-cv-01018 NC<br><br>**ORDER TO REFILE MOTION**<br><br>Re: Dkt. No. 26 |

On May 22, 2013, plaintiff John Bernstein, IV, proceeding pro se, filed a "Motion and Leave to File Amendment to Complaint and Joinder of Additional Parties Claiming Emotional Distress and Additional Causes of Action." Dkt. No. 26. The motion was not noticed for a hearing. *See* Civil L.R. 7-2 (requiring that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion"). In addition, the motion fails to append the proposed amended complaint. *See* Civil L.R. 10-1.

By June 5, 2013, plaintiff must refile his motion for leave to amend the complaint to correct the deficiencies identified in this order.

//

Case No. 13-cv-01018 NC
ORDER TO REFILE MOTION

The deadlines for response and reply in connection with docket entry No. 26 are vacated.

IT IS SO ORDERED.

Date: May 23, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge