UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. BERNSTEIN, IV,<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET STORES, INC.,<br><br>   Defendant. | Case No. 13-cv-01018 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 38 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 30 days of this order. All scheduled dates are VACATED.

IT IS SO ORDERED.

Date: August 6, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge