UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN L. BERNSTEIN, IV,<br><br>Plaintiff,<br><br>v.<br><br>TARGET STORES, INC.,<br><br>Defendant. | Case No. 13-cv-01018 NC<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on November 6, 2013 at 10:00 a.m. The parties should be prepared to discuss plaintiff's proposed amended complaint, plaintiff's proposal to join his parents as parties, discovery, settlement, and the case schedule. In order to secure the just, speedy, and inexpensive determination of this action, NO FURTHER FILINGS may be made before the case management conference without advance leave of court, and supported by good cause. Any party violating this order may be sanctioned by the Court.

IT IS SO ORDERED.

Date: November 4, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01018 NC
ORDER RE: CASE MANAGEMENT
CONFERENCE