1 | JEFFREY D. WOHL (Cal. State Bar No. 096838)
RYAN C. HESS (Cal. State Bar No. 263079)
2 | PAUL HASTINGS LLP
55 Second Street, 24th Floor
3 | San Francisco, California 94105-3441
Telephone: (415) 856-7000
4 | Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
5 | ryanhess@paulhastings.com

6 | Attorneys for Defendant
Target Corporation
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN L. BERNSTEIN, IV,                          No. C13-1018-NC

12 |                   Plaintiff,                    [~~PROPOSED~~] **ORDER DISMISSING ACTION
                                                     WITH PREJUDICE PER PARTIES'**
13 |          vs.                                    **SETTLEMENT**

14 | TARGET STORES, INC., a corporation,
JOHN DOE 1-50; MARY ROE 1-50; XYZ
15 | CORP 1-50; ABC LLC 1-50; the names of the
"John Doe 1-50," "Mary Roe 1-50," "XYZ
16 | Corp. 1-50," and "ABC LLC 1-50"
defendants being fictitious, and unknown to
17 | the Plaintiff,

18 |                   Defendants.

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ACTION WITH PREJUDICE
U.S.D.C., N.D. Cal., No. C13-1018 NC

LEGAL_US_W # 76865374.1

1    Defendant Target Corporation having notified the Court that it has delivered the settlement

2  checks pursuant to the parties' Settlement Agreement (*see* ECF 61), and good cause appearing therefor,

3    IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

4  to bear its own costs and attorneys' fees.

5    Dated: November  15 , 2013.

6

7    _____

8    Hon. _____ _____ District Judge
     GRANTED

9

10   Judge Nathanael M. Cousins

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ACTION WITH PREJUDICE
U.S.D.C., N.D. Cal., No. C13-1018 NC