1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   RYAN C. HESS (Cal. State Bar No. 263079)
2  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
3  San Francisco, California 94105-3441
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
5  ryanhess@paulhastings.com

6  Attorneys for Defendant
   Target Corporation
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN L. BERNSTEIN, IV,  | No. C13-1018-NC

12 |       Plaintiff,  | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PER PARTIES' SETTLEMENT**

13 |   vs.  |

14 | TARGET STORES, INC., a corporation, JOHN DOE 1-50; MARY ROE 1-50; XYZ
15 | CORP 1-50; ABC LLC 1-50; the names of the "John Doe 1-50," "Mary Roe 1-50," "XYZ
16 | Corp. 1-50," and "ABC LLC 1-50" defendants being fictitious, and unknown to
17 | the Plaintiff,

18 |       Defendants.

19
20
21
22
23
24
25
26
27
28

1  Defendant Target Corporation having notified the Court that it has delivered the settlement
2  checks pursuant to the parties' Settlement Agreement (*see* ECF 61), and good cause appearing therefor,
3  IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side
4  to bear its own costs and attorneys' fees.
5  Dated: November 15, 2013.

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

LEGAL_US_W # 76865374.1

ORDER DISMISSING ACTION WITH PREJUDICE
U.S.D.C., N.D. Cal., No. C13-1018 NC